E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-7544-GHK (JCx) | Date | January 29, 2009 |
|---|---|---|---|
| Title | *Vacilio Amparan v. Wells Fargo, NA, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause

    On December 9, 2008, we issued an order allowing Plaintiff to file a First Amended Complaint ("FAC") no later than January 5, 2009. No FAC has been timely filed. Accordingly, Plaintiff is hereby **ORDERED** to show cause within **FOURTEEN (14) DAYS** as to why this matter should not be dismissed for failure to prosecute. Failure to timely and adequately respond to this Order will result in a
dismissal of this action.

    **IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | Bea | |